IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BONNIE KRACMAN,**<br><br>               Plaintiff,<br><br>vs.<br><br>**WAL-MART STORES, INC.,**<br><br>               Defendant. | **8:14CV101**<br><br>**ORDER** |

The courts records show the Office of the Clerk of Court sent a letter on April 14, 2014 (Filing No. 8) to:

> William G. Stockdale
> Harris, Kuhn Law Firm, L.L.P.
> 1005 South 107th Avenue, Suite 100
> Omaha, Nebraska 68114

The letter directed the attorney to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) and pay the 2013/2014 biennial attorney assessment fee, as required by NEGenR 1.7, within fifteen days. As of the close of business on June 18, 2014, the attorney has not complied with the requests set forth in the letter from the Office of the Clerk.

      **IT IS ORDERED:**

**On or before July 23, 2014**, attorney William G. Stockdale shall register for the System and pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Mr. Stockdale as counsel of record for the plaintiff.

Dated this 18th day of June, 2014.

                                             BY THE COURT:

                                             s/ Thomas D. Thalken
                                             United States Magistrate Judge