# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KRACMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | Case No. 8:14-cv-00101<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorney fees.

Dated this 19th day of April, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon_____
　　　　　　　　　　　　　　　　Senior United States District Judge